**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| STYROPEK USA INC., BVPV STYRENICS LLC, AND STYROPEK MEXICO, S.A. DE C.V., | : | No. 41 WAL 2026 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondents | : | from the **Unpublished Order** of |
| | : | the Superior Court at No. 1425 |
| | : | WDA 2025, entered on January |
| v. | : | 12, 2026, **quashing** the Order of |
| | : | the Allegheny County Court of |
| | : | Common Pleas at No. GD-24- |
| NOVA CHEMICALS INC. AND NOVA | : | 011334 entered on November 3, |
| CHEMICALS CORPORATION, | : | 2025. |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of July, 2026, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED, and the matter is REMANDED to the Superior Court for consideration of the merits of Petitioners' claims. *See* Pa.R.A.P. 311(a)(4) (allowing appeals as of right from orders denying an injunction).

The Application to Expedite and Application for Leave to File Reply are DISMISSED AS MOOT.